**(570) 316-4226**
Mobile



**MESSAGES**  PHOTOS & VIDEOS  eGIFT  CONTA

6:19 PM

> You dumb bitch You did a really good job fucking things up with me n dave No wonder you dad killed himself i would to if you were my kid u bipolar idiot (1/2)

> you should just kill yourself already aint no one goin to miss you(2/2)

 Type a message...